EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| San Antonio Maritime, Transcaribbean Maritime (Sr. Víctor González)<br><br>     Demandante-Peticionario<br><br>          v.<br><br>Puerto Rican Cement Co., Inc.<br><br>     Demandada-Recurrida | Certiorari<br><br>2004 TSPR 67<br><br>161 DPR _____ |

Número del Caso: CC-1999-854

Fecha: 30 de abril de 2004

Tribunal de Circuito de Apelaciones:

          Circuito Regional I

Juez Ponente:

          Hon. Dolores Rodríguez de Oronoz

Abogada de la Parte Peticionaria:

          Lcda. Maricarmen Ramos de Szendrey

Abogados de la Parte Recurrida:

          Lcdo. Juan A. Marqués Díaz
          Lcdo. Samuel T. Céspedes
          Lcdo. Carlos Fernández Lugo

Junta de Calidad Ambiental:

          Lcdo. David R. Bernier Velázquez
          Lcdo. Angel Rosario Santos
          Lcdo. Norman Velázquez Torres

Materia: Revisión Administrativa

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

San Antonio Maritime,
Transcaribbean Maritime
(Sr. Víctor González)

    Demandante-peticionario

      vs.              CC-1999-854     CERTIORARI

Puerto Rican Cement Co., Inc.

    Demandada-recurrida

RESOLUCIÓN

San Juan, Puerto Rico, a 30 de abril de 2004

Examinada la moción solicitando enmienda Nunc Pro Tunc y/o reconsideración radicada por la parte recurrida, Puerto Rican Cement Co., Inc., se enmienda *Nunc Pro Tunc* nuestra Opinión y Sentencia de fecha 16 de febrero de 2001 de la siguiente forma:

1. Para que en la tercera y cuarta línea del primer párrafo de la página 28, la frase "conceder los permisos permanentes de construcción y uso solicitados por SAM" lea "aprobar el anteproyecto solicitado por SAM".

2. Para que en las líneas quinta y sexta de la página 31, la frase "la concesión de los permisos impugnados" lea "la aprobación del anteproyecto impugnado".

3. Para que en las líneas séptima y octava de la página 31, la frase "de los permisos" lea "del anteproyecto".

4. Para que en las líneas novena y décima de la página 31, la frase "la concesión de dichos permisos" lea "la aprobación del anteproyecto".

5. Para que en las líneas undécima y duodécima de la página 31, la frase "de los permisos" lea "del anteproyecto".

6. Para que en las líneas undécima y duodécima de la página 33, la frase "los permisos impugnados por PRCC" lea "el anteproyecto aprobado por ARPE y los permisos de la JCA impugnados por PRCC".

7. Para que en la línea octava del primer párrafo de la Sentencia, la frase "permisos permanentes expedidos por la JCA y ARPE" lea "permisos permanentes expedidos por la JCA y el anteproyecto aprobado por ARPE".

8. Para que en la línea 3 del tercer párrafo de la Sentencia, la frase "los permisos impugnados por PRCC" lea "los permisos expedidos por la JCA y el anteproyecto aprobado por ARPE impugnados por PRCC".

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo